UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

Eastern District of Kentucky
**FILED**
MAY - 2 2012
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

SMA Portfolio Owner LLC, a Delaware limited liability company, as successor by assignment to Bank of America, N.A.

    Plaintiff,

v.

CPX Olympic Building II, LLC,

    Defendant/Counter-Claimant,

v.

Bank of America, N.A., successor by merger to LaSalle Bank National Association,

    Counterclaim-Defendant.

CASE NO. 11-cv-00169-DLB-JGW

*Electronically Filed*

## AGREED JUDGMENT AND ORDER

By agreement of SMA Portfolio Owner LLC ("SMA") and CPX Olympic Building II, LLC ("CPX Olympic"), to resolve the claims asserted between them in this action and to forever relinquish and waive any rights to appeal this Agreement and Order, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that JUDGMENT is entered as follows:

(1) SMA's claims against CPX Olympic are DISMISSED, in their entirety, with prejudice.

(2) CPX Olympic's claims against SMA are DISMISSED, in their entirety, with prejudice.

Each party shall bear its own costs.

IT IS HEREBY FURTHER ORDERED that this judgment and order shall not affect any

879739:1:LOUISVILLE

other claims pending in this action.

This is a final judgment and order, there being no just reason for delay.

May 2, 2012

Signed By:
David L. Bunning
United States District Judge

Agreed to:

/s/ Ian T. Ramsey
Ian T. Ramsey (iramsey@stites.com)
James R. Williamson
(jwilliamson@stites.com)
Chadwick A. McTighe
(cmctighe@stites.com)
STITES & HARBISON, PLLC
400 West Market Street
Suite 1800
Louisville, KY 40202-3352
Telephone: (502) 587-3400
*Counsel for Plaintiff SMA Portfolio Owner LLC*

/s/ Robert B. Craig
Robert B. Craig (craigr@taftlaw.com)
TAFT STETTINIUS & HOLLISTER LLP
1717 Dixie Highway
Suite 910
Covington, KY 41011
Telephone: (859) 547-4300

Of counsel:

Earl K. Messer (messer@taftlaw.com)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street
Suite 1800
Cincinnati, OH 45202-3957
Telephone: (513) 357-9652
*Counsel for Defendant/Counter-Claimant CPX Olympic Building II, LLC*

879739:1:LOUISVILLE